136

Kate M. Dukes, Appellant, v. Spurgeon Mercantile
Company, Appellee.

Gen. No. 10,080.

opinion filed December 12, 1946; released for pub-
lication December 30, 1946. Monahan & Monahan, for appellant; C. Lysle
Smith, for appellee. Opinion by JUSTICE BRISTOW. Not to be pub-
lished in full.